**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6101**

RHONDA FLEMING,

Petitioner - Appellant,

v.

WARDEN OF SFF HAZELTON,

Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr., Senior District Judge.  (5:18-cv-00043-FPS)

Submitted:  May 16, 2019                                   Decided:  May 21, 2019

Before DIAZ and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Rhonda Fleming, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rhonda Fleming, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on her 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Fleming v. Warden of SFF Hazelton*, No. 5:18-cv-00043-FPS (N.D.W. Va. Dec. 26, 2018). We deny Fleming's motion to suspend payment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*